The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PACCAR FINANCIAL CORP., a Washington corporation,<br><br>                          Plaintiff,<br><br>          v.<br><br>S&T BANK, a Pennsylvania state-chartered bank,<br><br>                          Defendant. | No. 2:19-cv-01603-RSL<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT'S ANSWER DEADLINE**<br><br>**NOTED: NOVEMBER 4, 2019** |

Plaintiff PACCAR Financial Corp. and Defendant S&T Bank, by and through their undersigned counsel, stipulate and agree that S&T Bank shall answer or otherwise respond to Plaintiff's Complaint by December 10, 2019.

///
///
///
///
///
///
///
///

---

STIPULATION AND [PROPOSED] ORDER EXTENDING
DEFENDANT'S ANSWER DEADLINE - 1
Case No. 2:19-cv-01603-RSL

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

FG:53543800.1

Stipulated to and Presented on this 4th day of November, 2019.

| | |
|---|---|
| s/ Joseph M. McMillan | s/ Jason R. Donovan |
| Joseph M. McMillan, WSBA #26527 | Jason R. Donovan, WSBA #40994 |
| Ian D. Rogers, WSBA #46584 | Bianca G. Chamusco, WSBA #54103 |
| PERKINS COIE LLP | FOSTER GARVEY PC |
| 1201 Third Avenue, Suite 4900 | 1111 Third Avenue, Suite 3000 |
| Seattle, WA 98101-3099 | Seattle, Washington 98101-3292 |
| Telephone: (206) 359-8000 | Telephone: (206) 447-4400 |
| Facsimile: (206) 359-9000 | Facsimile: (206) 447-9700 |
| Email: JMcMillan@perkinscoie.com | Email: j.donovan@foster.com |
| IRogers@perkinscoie.com | bianca.chamusco@foster.com |
| *Attorneys for Plaintiff PACCAR Financial Corp.* | *Attorneys for Defendant S&T Bank* |

## ORDER

The parties having so stipulated and agreed, it is hereby **SO ORDERED**. Defendant's deadline to respond to Plaintiff's Complaint is hereby extended until December 10, 2019.

DATED this 7* day of November, 2019.

_____
The Honorable Robert S. Lasnik
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER EXTENDING
DEFENDANT'S ANSWER DEADLINE - 2
Case No. 2:19-cv-01603-RSL

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

FG:53543800.1